(133 So. 921)

**Ernest McCARY v. F. A. HENDERSON.**

4 Div. 484.

Supreme Court of Alabama.
March 26, 1931.

PER CURIAM.
Appeal dismissed for want of prosecution.

(133 So. 921)

**Lum McGHEE v. STATE.**
.4 Div. 545.

Supreme Court of Alabama.
March 19, 1931.

W. H. Stoddard, of Luverne, for petitioner.
Thos. E. Knight, Jr., Atty. Gen., opposed.

PER CURIAM.
Petition of Lum McGhee for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in McGhee v. State, 133 So. 925 (4 Div. 664).
Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

(131 So. 911)

**Ex parte J. T. McMILLAN.**
6 Div. 712.

Supreme Court of Alabama.
Dec. 4, 1930.

PER CURIAM.
Petition dismissed.

(131 So. 911)

**Oscar MARION v. STATE.**
8 Div. 240.

Supreme Court of Alabama.
Oct. 9, 1930.

J. N. Powell, of Falkville, for petitioner.
Charlie C. McCall, Atty. Gen., opposed.

PER CURIAM.
Petition of Oscar Marion for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Marion v. State (8 Div. 74) 131 So. 928.
Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

(131 So. 911)

**Earl MARION v. STATE.**
8 Div. 239.

Supreme Court of Alabama.
Oct. 16, 1930.

J. N. Powell, of Falkville, for petitioner.
Charlie C. McCall, Atty. Gen., opposed.

PER CURIAM.
Petition of Earl Marion for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Marion v. State (8 Div. 12) 131 So. 923.
Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.

(133 So. 921)

**George MARTIN v. W. E. SHERRER.**
4 Div. 519.

Supreme Court of Alabama.
March 26, 1931.

PER CURIAM.
Appeal dismissed for want of prosecution.